**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **B.L., individually and on behalf of J.L., his minor child at all pertinent times, and on behalf of all similarly situated students,**<br><br>Plaintiffs,<br><br>v.<br><br>**MICHAEL J. FETHERMAN, *et al*.,**<br><br>Defendants. | Civil Action No. 22-3471 (JMV) (JSA)<br><br><br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of Plaintiffs B.L. and J.L.'s ("Plaintiffs") motion seeking leave to proceed in this case under pseudonyms, pursuant to Federal Rule of Civil Procedure 10(a), (ECF No. 10); and the Court having considered the papers in support and in opposition thereto; and for the reasons set forth in the accompanying Opinion issued on this date; and for good cause shown;

**IT IS** on this 8th day of February 2023,

**ORDERED** that, Plaintiffs' motion to proceed by pseudonyms, (ECF No. 10), is **DENIED**; and it is further

**ORDERED** that, Plaintiffs shall file an Amended Complaint no later than **February 24, 2023**, disclosing their identities.

s/Jessica S. Allen  
**Hon. Jessica S. Allen**  
**United States Magistrate Judge**

cc: Hon. John M. Vazquez, U.S.D.J.