UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **B.L., individually and on behalf of J.L., his minor child at all pertinent times, and on behalf of all similarly situated students,**<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. FETHERMAN, et al.,**<br><br>Defendants. | Civil Action No. 22-3471<br><br>**<u>ORDER</u>** |

<u>**John Michael Vazquez, U.S.D.J.**</u>

On April 18, 2023, this Court entered an Opinion and Order that, amongst other things, dismissed Plaintiff's federal law claims pursuant to Federal Rule of Civil Procedure 12(b)(6). D.E. 36. The Court declined to exercise supplemental jurisdiction, pursuant to 28 U.S.C. § 1367(c), over Plaintiff's state law claims; *id.*; and it further

**APPEARING** that the Court provided Plaintiff with thirty (30) days to file an amended pleading that cured the identified deficiencies for the claims that were dismissed through Rule 12(b)(6). The Court explained that if Plaintiff failed to file an amended pleading, those claims would be dismissed with prejudice and this Court would dismiss Plaintiff's state law claims for lack of jurisdiction; *id.*; and it further

**APPEARING** that to date, Plaintiff has not filed an amended pleading;

Therefore, for the reasons stated above, and for good cause shown,

IT IS on this 8th day of August, 2023,

**ORDERED** that Plaintiff's federal law claims are **DISMISSED with prejudice**; and it is further

**ORDERED** that pursuant to 28 U.S.C. § 1367(c), Plaintiff's state law claims are **DISMISSED without prejudice** for lack of jurisdiction; and it is further

**ORDERED** that the Clerk of the Court is directed to close this matter.

_____
John Michael Vazquez, U.S.D.J.